1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOWNSEL, | Case No.  1:15-cv-00763-LJO-SAB |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED <u>IN</u> <u>FORMA</u> <u>PAUPERIS</u> AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION |
| v. | |
| MADERA COUNTY DEPT. OF PROBATION, et al., | (ECF No. 2) |
| Defendants. | TWENTY DAY DEADLINE |

Plaintiff David Townsel ("Plaintiff"), appearing pro se in this action, filed the complaint in this action on May 19, 2015.  (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> pursuant to 28 U.S.C. § 1915. However, Plaintiff's application was not adequately completed.  Plaintiff only provided a response to one of the six questions regarding money received from sources.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1.      Plaintiff's application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is DENIED without prejudice;

1

2.  The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

3.  Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

4.  If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:    **May 21, 2015**

UNITED STATES MAGISTRATE JUDGE

2