# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOWNSEL,<br><br>      Plaintiff,<br><br>    v.<br><br>MADERA COUNTY DEPT PROBATION, et al.,<br><br>      Defendants. | Case No. 1:15-cv-00763-LJO-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 4) |

    Plaintiff David Townsel ("Plaintiff"), proceeding pro se in this action, filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 on May 27, 2015.  (ECF No. 4.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

    Accordingly, the Court GRANTS Plaintiff's motion to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: __May 27, 2015__

                                             UNITED STATES MAGISTRATE JUDGE