# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOWNSEL,<br><br>  Plaintiff,<br><br>  v.<br><br>MADERA COUNTY DEPT PROBATION, et al.,<br><br>  Defendants. | Case No.  1:15-cv-00763-LJO-SAB<br><br>ORDER STRIKING PLAINTIFF'S FIRST AMENDED COMPLAINT AND DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF Nos. 7, 8) |

On May 19, 2015, Plaintiff filed a complaint and motion to proceed in forma pauperis in this action.  On May 27, 2015, Plaintiff was granted in forma pauperis status and a findings and recommendations issued recommending that Plaintiff's complaint be dismissed with leave to amend.  (ECF No. 6.)  Plaintiff was granted thirty days in which to file objections to the findings and recommendations and was advised that he was not being granted leave to file an amended complaint at this time.  On June 10, 2015, Plaintiff filed a first amended complaint and a second motion to proceed in forma pauperis.  (ECF Nos. 7, 8.)

Since Plaintiff has previously been granted leave to proceed in forma pauperis his second application shall be denied as moot.  Additionally, Plaintiff has not been granted leave to file an amended complaint at this time, and therefore his first amended complaint is stricken from the record.  As Plaintiff was advised in the findings and recommendations, once an order issues

1

addressing the findings and recommendations, Plaintiff shall be provided with the date by which to file an amended complaint.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's second application to proceed in forma pauperis is DENIED as MOOT; and

2. Plaintiff's first amended complaint is STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

Dated: **June 11, 2015**

UNITED STATES MAGISTRATE JUDGE

2