**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID TOWNSEL,<br><br>    Plaintiff,<br><br>  v.<br><br>MADERA COUNTY DEPARTMENT OF PROBATION and JENNIFER SWAINE,<br><br>    Defendants.<br>_____<br><br>DAVID TOWNSEL,<br><br>    Plaintiff,<br><br>  v.<br><br>MADERA COUNTY BEHAVIORAL HEALTH SERVICES and MARK DUARTE,<br><br>    Defendants. | **1:15-cv-763  LJO-SAB**<br><br>**ORDER TO CONSOLIDATE CASES**<br><br><br>**1:15-cv-764 AWI-GSA**<br><br>**ORDER TO CONSOLIDATE CASES** |

Plaintiff, David Townsel, filed a complaint in *Townsel v. Madera County Probation, et al.*, 1:15-cv-763 LJO-SAB on May 19, 2015, and another complaint that same day in *Townsel v. Madera County Behavioral Health Services et al.* 1:15-cv-764 AWI-GSA.  Both of the cases involve Plaintiff's allegations of misconduct related to a violation of probation.

Federal Rule of Civil Procedure 42 provides that "[i]f actions before the court involve a common question of law or fact, the court may . . . consolidate the actions. . . ." Fed. R. Civ. P. 42 (a)(2). "The district court has broad discretion under this rule to consolidate cases pending in the

same district." *Investors Research Co. v. U.S. Dist. Court for Cent. Dist. of California*, 877 F.2d 777 (9th Cir. 1989).  In determining whether to consolidate cases, a court should balance the interest of judicial convenience against "any inconvenience, delay, or expense that it would cause."  *Huene v. United States,* 743 F. 2d 703, 704 (9th Cir. 1984).

These actions contain common questions of fact and law.  Therefore, the Court finds that consolidation will aid in judicial efficiency and that consolidation will not cause delay, confusion, or prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office is directed to consolidate *Townsel v. Madera County Probation, et al.*, No. 1:15-cv-763-LJO-SAB and *Townsel v. Madera County Behavioral Health Services et al., No. 1:15-cv-764-AWI-GSA*;

2. *Townsel v. Madera County Probation et al*., No. 1:15-cv-763-LJO-SAB shall be designated as the lead case; and

3. The parties are instructed to file all documents in *Townsel v. Madera County Probation et al, 1:15-cv-763-LJO-SAB*.  Documents not filed in the lead case may not be considered.

IT IS SO ORDERED.

Dated:  **July 2, 2015**                              **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE