# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOWNSEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MADERA COUNTY DEPT PROBATION, et al.,<br><br>　　　　Defendants. | Case No.  1:15-cv-00763-LJO-SAB<br><br>ORDER STRIKING UNSIGNED FIRST AMENDED COMPLAINT<br><br>(ECF No. 12)<br><br>DEADLINE FIFTEEN DAYS |

On July 8, 2015, an order issued dismissing Plaintiff David Townsel's complaint for failure to state a claim and Plaintiff was provided with thirty days in which to file a first amended complaint. (ECF No. 11.) On August 3, 2015, a first amended complaint was filed. (ECF No. 12.) The first amended complaint does not contain a signature.

Unsigned documents cannot be considered by the Court, and Plaintiff's first amended complaint is HEREBY STRICKEN from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b). Plaintiff SHALL file a complaint within fifteen (15) days from the date of service of this order and failure to comply with this order will result in dismissal of this action in its entirety.

IT IS SO ORDERED.

Dated:   **August 21, 2015**

　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1